# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 253 |
| | : | |
| ORDER AMENDING RULE 1972 OF THE | : | APPELLATE PROCEDURAL RULES |
| PENNSYLVANIA RULES OF | : | |
| APPELLATE PROCEDURE | : | DOCKET |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 1st day of April, 2015, upon the recommendation of the Appellate Court Procedural Rules Committee; the proposal having been published before adoption at 43 Pa.B. 5393 (September 7, 2013):

**IT IS ORDERED**, pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rule of Appellate Procedure 1972 is amended in the attached form.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective May 1, 2015.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and in brackets.